UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED - GR
March 12, 2020 4:15 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: jmw    SCANNED BY: JW /3-13-20

UNITED STATES OF AMERICA *ex rel.*
REZA SAFFARIAN and AUDREY THEILE,

    Plaintiffs,

v.

ENCORE REHABILITATION SERVICES,
LLC, *et al.*,

    Defendants.

FILED *EX PARTE* AND
UNDER SEAL

Case No. 1:16-CV-605

Hon. Janet T. Neff
United States District Judge

## THE UNITED STATES OF AMERICA'S NOTICE OF ELECTION TO INTERVENE IN PART FOR SETTLEMENT AND DECLINE IN PART AND REQUEST TO EXTEND THE SEAL PERIOD TO COMPLETE SETTLEMENT

The United States, Relators, and Defendant Encore Rehabilitation Services, LLC ("Encore") have reached a settlement resolving certain claims asserted against Encore in this *qui tam* action. The Parties are in the process of finalizing and executing the settlement agreement and obtaining necessary final approvals for the settlement. In light of the pending settlement, and for the purpose of effectuating and formalizing that resolution, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States respectfully advises the Court of its decision to intervene in part for the purposes of settlement and to decline in part. The government also requests a short extension of the seal period in order to complete the settlement and file a stipulation of dismissal.

Specifically, the United States intervenes in this action, for the purposes of settlement, as to the Covered Conduct as that term is defined in Paragraph D of the pending Settlement Agreement, to the extent that the Third Amended Complaint contains such claims. The United

States declines intervention as to all other claims against Encore and as to all claims against all other Defendants asserted on behalf of the United States in this action.

Under the terms and conditions of the pending Settlement Agreement between the United States, Relator, and Encore, the United States and Relator will file a Stipulation of Dismissal as to all claims against Encore following the payment of the settlement amount by Encore. In accordance with the pending Settlement Agreement, the Stipulation of Dismissal will be filed within eighteen business days following the last signature on the agreement. In light of the pending Settlement Agreement, the United States does not presently intend to file a complaint in intervention but reserves the right to seek leave to file such a complaint in the event that Encore does not pay the full settlement amount consistent with the terms of the Settlement Agreement.

Regarding the claims against the Defendants in this action other than Encore, although the United States declines to intervene in that portion of the action, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows Relators to maintain the declined portion of the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* Therefore, the United States requests that, should either Relators or the non-Encore Defendants propose that part of the action in which the United States has not intervened be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all future pleadings filed in this action be served upon the United States; the United States also requests that all orders issued by the Court be sent to the government's counsel. The United States reserves its right to order any deposition transcripts and to intervene in the portion of this action in which it is

declining to intervene today, for good cause, at a later date. The United States reserves the right to seek the dismissal of the Relator's action or claim on any appropriate grounds, including under 31 U.S.C. §§ 3730(b)(5) and (e)(4). The United States also requests that it be served with all notices of appeal.

Finally, the government respectfully requests that this case remain under seal in order to allow the parties to complete the settlement and file the Stipulation of Dismissal. Under the terms and conditions of the pending Settlement Agreement, that stipulation will be filed within eighteen business days following the last signature on the agreement. The pending Settlement Agreement has been signed, or is now in the process of being signed, by the appropriate parties.

A Proposed Order is filed herewith.

Dated: March 12, 2020

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ANDREW BYERLY BIRGE
United States Attorney

*/s/ Adam B. Townshend*
ADAM B. TOWNSHEND
Assistant U.S. Attorney
U.S. Attorney's Office
Western District of Michigan
P.O. Box 508
Grand Rapids, MI 49503
Tel: (616) 808-2130
E-mail: Adam.Townshend@usdoj.gov

ANDY J. MAO
WILLIAM E. OLSON
Attorneys, Civil Division
Commercial Litigation Branch
P.O. Box 261, Ben Franklin Station
Washington, DC 20044
Phone: (202) 305-3905
E-mail: William.E.Olson@usdoj.gov